**6**
## SALUDA CRUSHED STONE COMPANY, a Corporation, Plaintiff in Error, v. W. W. NICOLL, as Administrator of the Estate of Jesse E. Nicoll, Defendant in Error.

Circuit Court of Appeals, Fourth Circuit. June 15, 1927.

No. 2545.

In Error to the District Court of the United States for the Western District of South Carolina, at Greenville.

Haynsworth & Haynsworth, B. F. Martin, and E. M. Blythe, all of Greenville, S. C., for plaintiff in error.

Bonham, Price & Poag, of Greenville, S. C., for defendant in error.

PER CURIAM. Consent order, remanding case to District Court for further proceedings in accordance with the settlement, agreed upon between the parties filed.